UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALEK MOHAMMAD BALOUCHZEHI,**<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>**WARDEN, FCI FORT DIX**<br><br>　　　　　　　Respondent. | Civil Action No. 25-6923<br><br>**ORDER** |

**CECCHI, District Judge**

　　Before the Court is Petitioner Malek Mohammad Balouchzehi's *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF. No. 1). Also before this Court is a motion that Petitioner labels as an "Emergency Habeas Corpus Motion Under 28 U.S.C. § 2241." (ECF No. 2).

　　Petitioner, however, did not pay the requisite filing fee or submit an *in forma pauperis* ("IFP") application. (*See* ECF No. 1). Accordingly, this Court will administratively terminate this case. Petitioner will be allowed to reopen the case by submitting a completed IFP application, including a certified inmate trust fund account statement, or by paying the filing fee for a writ of habeas corpus.[1] Petitioner's motion (ECF No. 2) will also be administratively terminated until Petitioner pays the filing fee or a completed IFP application.

　　**THEREFORE, IT IS** on this 5th day of August 2025,

　　**ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this matter because Petitioner failed to pay the requisite filing fee and did not submit an application to proceed IFP; Petitioner is informed that administrative termination is not a "dismissal" for

---

[1] The filing fee is established by 28 U.S.C. § 1914(a).

purposes of the statute of limitations, and that, if the case is reopened, it is not subject to the statute of limitations time bar provided the original petition was timely; and it is further

**ORDERED** that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing; Petitioner's writing shall include either: (1) a properly completed *in forma pauperis* application, including a certified six-month prison account statement; or (2) the filing fee; it is further

**ORDERED** that, upon receipt of a writing from Petitioner stating that he wishes to reopen this proceeding and either a complete IFP application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this proceeding; and it is further

**ORDERED** that the Clerk shall serve (1) a copy of this Memorandum and Order; (2) a blank Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case, form DNJ-Pro Se-007-B-(Rev. 09/09), upon Petitioner by regular U.S. mail.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
United States District Judge